# Court of Appeals
# of the State of Georgia

ATLANTA, April 13, 2017

*The Court of Appeals hereby passes the following order:*

## A17D0363.  MICHELE BRYCE v. HENRY HATFIELD.

In this application for discretionary appeal, Michele Bryce seeks appellate review of the trial court's order denying her motion to add a party to the case.  We lack jurisdiction.

The application materials indicate that the case remains pending below. Accordingly, to obtain appellate review at this time, Bryce was required to comply with the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b), which include obtaining a certificate of immediate review from the trial court.  See *Colwell v. Voyager Casualty Ins. Co.*, 178 Ga. App. 42 (342 SE2d 7) (1986) (order denying motion to add party defendant is interlocutory).  Bryce has not submitted a certificate of immediate review in this case.  Her failure to comply with the requisite procedures deprives us of jurisdiction over this application, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 04/13/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.



, Clerk.